### THE UNITED STATES BANKRUPTCY COURT OF EASTERN PENNSYLVANIA

| | |
|---|---|
| Robin Altieri. | Chapter 13 Bankruptcy |
| Debtor Pro Se. | Case # 19-12872-mdc |

### REQUEST FOR EXTENSION OF TIME TO SUBMIT CHPT 13 DOCUMENTS

   To the Bankruptcy Court, Honorable Judge Magdeline D. Coleman, I hereby request an extension of time to submit all of the remaining Documents and Tax Returns in regard to my Chapter 13 Bankruptcy filing. Pro Se. No. 19-12872-mdc. Thank You Kindly,

Robin Altieri # 19-12872-mdc

May 7, 2019

*[signature]*

FILED
MAY 14 2019
TIMOTHY McGRATH, CLERK