Certificate Number: 18132-PAE-DE-032865797

Bankruptcy Case Number: 19-12872



18132-PAE-DE-032865797

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 22, 2019</u>, at <u>6:50</u> o'clock <u>PM MST</u>, <u>ROBINANNE ALTIERI</u> completed a course on personal financial management given <u>by internet</u> by <u>$$$$$Simple Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: May 23, 2019        By:    /s/Laura Hauptman

                          Name:  Laura Hauptman

                          Title: Credit Counselor