L.B.F. 2016-4

**STATEMENT OF PRO SE DEBTOR**

FILED
MAY 30 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Debtor's Name _Robin Altieri_    Case No. _19-12872 mdc_

Address _12 Holbrook Rd_    Chapter of Case _13_

Telephone Number (home) _267-303-1378_    Date Case Filed _5/3/2019_

Telephone Number (work) _Same_

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

    _N/A AT THIS TIME_

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

    _N/A_

3. a. Total fee charged by person or business named above $ _0_

   b. Amount of fee paid as of the date you filed bankruptcy $ _0_

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?

      YES    (NO) (circle one)

4. Were various chapters or types of bankruptcy explained to you?

   YES    (NO) (circle one)    _N/A_

   Other Comments _____

   _N/A_

5. Did the preparer explain to you that you have the right to claim certain property as exempt?

   YES    (NO) (circle one)

6.  Did the preparer give you a copy of the papers he prepared for you?

                    YES        (NO)  (circle one)

Date: 5/20/2019      _____