**Fill in this information to identify your case:**

Debtor 1: ROBIN ALTIERI

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EAST District of PA

Case number (If known): 19-12872 mdc

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Robin Altieri
Signature of Debtor 1

Date 05/19/2019

X _____
Signature of Debtor 2

Date _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules