**Fill in this information to identify your case:**

Debtor: ROBIN ALTIERI
First Name / Middle Name / Last Name

Debtor 2
(Spouse if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the EAST District of PA

Case number 19-12872 mdc
(if known)

FILED
MAY 30 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | N/A | |
| | Name | |
| | Number   Street | |
| | City   State   ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number   Street | |
| | City   State   ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number   Street | |
| | City   State   ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number   Street | |
| | City   State   ZIP Code | |
| 2.5 | | |
| | Name | |
| | Number   Street | |
| | City   State   ZIP Code | |

Official Form 106G      Schedule G: Executory Contracts and Unexpired Leases      page 1 of 2

Debtor 1  ROBIN ALTIERI
First Name   Middle Name   Last Name

Case number (if known) 19-12872 mdc

### Additional Page if You Have More Contracts or Leases

**Person or company with whom you have the contract or lease**

**What the contract or lease is for**

2._ Name: N/A
Number Street
City  State  ZIP Code

2._ Name:
Number Street
City  State  ZIP Code

2._ Name:
Number Street
City  State  ZIP Code

2._ Name:
Number Street
City  State  ZIP Code

2._ Name:
Number Street
City  State  ZIP Code

2._ Name:
Number Street
City  State  ZIP Code

2._ Name:
Number Street
City  State  ZIP Code

2._ Name:
Number Street
City  State  ZIP Code

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page 2 of 2