**Fill in this information to identify your case:**

Debtor 1: ROBIN ALTIERI
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: EAST District of PA

Case number (if known): 19-12872 mdc

FILED
MAY 30 2019
BY TIMOTHY McGRATH, CLERK
DEP. CLERK

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   Name of your spouse, former spouse, or legal equivalent
   _____
   Number   Street
   _____
   City   State   ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

Column 1: Your codebtor

3.1 Name: Jason Altieri
    Number/Street: 12 Holbrook Rd
    City/State/ZIP: Havertown PA 19083

Column 2: The creditor to whom you owe the debt
Check all schedules that apply:
☑ Schedule D, line 2.1
☐ Schedule E/F, line ___
☐ Schedule G, line ___

3.2 Name: _____
    Number Street: _____
    City State ZIP Code: _____

☐ Schedule D, line ___
☐ Schedule E/F, line ___
☐ Schedule G, line ___

3.3 Name: _____
    Number Street: _____
    City State ZIP Code: _____

☐ Schedule D, line ___
☐ Schedule E/F, line ___
☐ Schedule G, line ___

Official Form 106H    Schedule H: Your Codebtors    page 1 of 2

Debtor 1 __ROBIN ALTIERI__
    First Name   Middle Name   Last Name

Case number (if known) __19-12872 md__

### Additional Page to List More Codebtors

**Column 1:** Your codebtor

**Column 2:** The creditor to whom you owe the debt

3.__    N/A

Name

Number    Street

City    State    ZIP Code

Check all schedules that apply:
- ❏ Schedule D, line ____
- ❏ Schedule E/F, line ____
- ❏ Schedule G, line ____

3.__
Name

Number    Street

City    State    ZIP Code

- ❏ Schedule D, line ____
- ❏ Schedule E/F, line ____
- ❏ Schedule G, line ____

3.__
Name

Number    Street

City    State    ZIP Code

- ❏ Schedule D, line ____
- ❏ Schedule E/F, line ____
- ❏ Schedule G, line ____

3.__
Name

Number    Street

City    State    ZIP Code

- ❏ Schedule D, line ____
- ❏ Schedule E/F, line ____
- ❏ Schedule G, line ____

3.__
Name

Number    Street

City    State    ZIP Code

- ❏ Schedule D, line ____
- ❏ Schedule E/F, line ____
- ❏ Schedule G, line ____

3.__
Name

Number    Street

City    State    ZIP Code

- ❏ Schedule D, line ____
- ❏ Schedule E/F, line ____
- ❏ Schedule G, line ____

3.__
Name

Number    Street

City    State    ZIP Code

- ❏ Schedule D, line ____
- ❏ Schedule E/F, line ____
- ❏ Schedule G, line ____