*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robinanne Altieri
    Debtor(s)

Case No: 19–12872–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion to Extend Automatic Stay Filed by Robinanne Altieri Represented by Self

    on: 6/25/19

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/5/19

Timothy B. McGrath
Clerk of Court

33 – 32
Form 167