### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Robinanne Altieri, | : | |
| Debtor. | : | Bankruptcy No.   19-12872-MDC |

# O R D E R

**AND NOW**, this 1st day of July 2019, upon consideration of the Debtor, Robinanne Altieri's Pro Se Motion to Extend the Automatic Stay ("Extension Motion").[1]

**AND**, pursuant to 11 U.S.C. §362(c)(3), a debtor that files a case under Chapter 7, 11 or 13, which is dismissed, must, if they wish to file another case within one year, file a motion requesting an extension of the automatic stay prior to its expiration thirty days after the filing of the second case.

**AND**, Debtor filed the instant case on May 3, 2019.

**AND**, Debtor's prior Chapter 13 case, 18-13128-mdc, was dismissed on September 27, 2018, within one year of the filing of the instant case.[2]

**AND**, pursuant to 11 U.S.C. §362(c)(3)(A), the automatic stay in the instant case expired as of June 2, 2019.

**AND**, Debtor filed her Extension Motion on May 14, 2019, but failed to request expedited consideration of the Extension Motion.

**AND**, as the automatic stay expired on June 2, 2019, the Court is without authority to extend the automatic stay.   11 U.S.C. §362(c)(3)(B).

---

[1] Bankr. Docket No. 32.

[2] Bankr. Case 18-13128, Docket No. 60.

It is hereby **ORDERED** that the Motion is **DENIED**.

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Robinanne Altieri
12 Holbrook Road
Havertown, PA 19083

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912