United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 19-12872-mdc
Robinanne Altieri                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR                Page 1 of 1            Date Rcvd: Jul 01, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db             +Robinanne Altieri,    12 Holbrook Rd,    Havertown, PA 19083-5726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Robinanne Altieri, | : | |
| Debtor. | : | Bankruptcy No. 19-12872-MDC |

# O R D E R

**AND NOW**, this 1st day of July 2019, upon consideration of the Debtor, Robinanne Altieri's Pro Se Motion to Extend the Automatic Stay ("Extension Motion").[1]

**AND**, pursuant to 11 U.S.C. §362(c)(3), a debtor that files a case under Chapter 7, 11 or 13, which is dismissed, must, if they wish to file another case within one year, file a motion requesting an extension of the automatic stay prior to its expiration thirty days after the filing of the second case.

**AND**, Debtor filed the instant case on May 3, 2019.

**AND**, Debtor's prior Chapter 13 case, 18-13128-mdc, was dismissed on September 27, 2018, within one year of the filing of the instant case.[2]

**AND**, pursuant to 11 U.S.C. §362(c)(3)(A), the automatic stay in the instant case expired as of June 2, 2019.

**AND**, Debtor filed her Extension Motion on May 14, 2019, but failed to request expedited consideration of the Extension Motion.

**AND**, as the automatic stay expired on June 2, 2019, the Court is without authority to extend the automatic stay. 11 U.S.C. §362(c)(3)(B).

---

[1] Bankr. Docket No. 32.

[2] Bankr. Case 18-13128, Docket No. 60.

It is hereby **ORDERED** that the Motion is **DENIED**.

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Robinanne Altieri
12 Holbrook Road
Havertown, PA 19083

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

2