# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12872-MDC

ROBINANNE  ALTIERI

12 HOLBROOK RD

HAVERTOWN, PA 19083-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBINANNE  ALTIERI

    12 HOLBROOK RD

    HAVERTOWN, PA 19083-

Counsel for debtor(s), by electronic notice only.

    PRO-SE

    *
    *
    *, * *
    '

Date: 7/25/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee