## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robinanne Altieri dba Antiques & Collectibles<br>　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust<br>　　　　　Movant<br>vs. | NO. 19-12872 MDC |
| Robinanne Altieri dba Antiques & Collectibles<br>　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Sections 362, 105 and 1307 |

### AMENDED ORDER

AND NOW, this 13th day of August, 2018, upon consideration of the Motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Dismiss the Bankruptcy Case of Robinanne Altieri dba Antiques & Collectibles, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is hereby granted _in rem_ relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 12 Holbrook Road, Havertown, PA 19083 ("Property); and it is hereby

FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Property for a period of one year from the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.