United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-12872-mdc
Robinanne Altieri                                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Aug 16, 2019
                              Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db              +Robinanne Altieri,    12 Holbrook Rd,    Havertown, PA 19083-5726
14338957         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14319228        +DSNB Macys,    PO Box 8218,    Mason, Ohio 45040-8218
14319219        +JH Portfolio Debt,    5757 Phantom Drive,    SufieZZS,    Hazelwood, MO 63042-2415
14319218        +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14319221        +Mercantile Adjustment,    165 Lawrence Bell Drive,    Ste. 100,    Williamsville, NY 14221-7900
14356246        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14322445        +Rushmore Loan Management Services,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Phila., PA 19106-1541
14319227        +The Receivable Mgt. Svs.,    240 Emery St.,    Bethlehem, PA 18015-1980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Aug 17 2019 02:50:18      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2019 02:49:36
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2019 02:50:02      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:57:21      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14319220        +E-mail/Text: bncnotices@becket-lee.com Aug 17 2019 02:49:06      Kohls Dept. Store,
                  PO BOX 3115,    Milwaukee, WI 53201-3115
14319222         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2019 02:57:25
                  Portfolio Recovery,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
14355400         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2019 02:57:10
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14356070         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2019 02:56:58
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14319224         E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:57:21      SYNCB,    JC Penney,
                  PO Box 965007,    Orlando, FL. 328965007
14319225        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:57:21      SYNCB/ TJX,    PO BOX 965015,
                  Orlando, FL 32896-5015
14319223        +E-mail/Text: bankruptcy@sccompanies.com Aug 17 2019 02:50:44      Swiss Colony,
                  1515 S 21st Street,    Clinton, IA 52732-6676
14319645        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:56:54      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14326537        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2019 02:56:59      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14319226        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 17 2019 02:48:57
                  Verizon,    PO Box 650584,    Dallas, TX 75265-0584
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: DonnaR                Page 2 of 2                   Date Rcvd: Aug 16, 2019
                              Form ID: pdf900             Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robinanne Altieri dba Antiques & Collectibles<br>　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust<br>　　　　　Movant<br>　　vs.<br>Robinanne Altieri dba Antiques & Collectibles<br>　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 19-12872 MDC<br><br>11 U.S.C. Sections 362, 105 and 1307 |

## AMENDED ORDER

AND NOW, this 13th day of August, 2018, upon consideration of the Motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Dismiss the Bankruptcy Case of Robinanne Altieri dba Antiques & Collectibles, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is hereby granted in rem relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 12 Holbrook Road, Havertown, PA 19083 ("Property); and it is hereby

FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Property for a period of one year from the date of this Order.

_____
United States Bankruptcy Judge.