# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robinanne Altieri dba Antiques & Collectibles<br>　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　Movant<br>　　vs.<br>Robinanne Altieri dba Antiques & Collectibles<br>　　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 19-12872 MDC<br><br>11 U.S.C. Sections 362, 105 and 1307 |

## **SECOND AMENDED ORDER**

AND NOW, this 5th day of September 2019, upon consideration of the Motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Dismiss the Bankruptcy Case of Robinanne Altieri dba Antiques & Collectibles, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c) , and any response thereto, it is hereby:

ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is hereby granted _in rem_ relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 12 Holbrook Road, Havertown, PA 19083 ("Property); and it is hereby

FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Property for a period of one year from the date of this Order.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief United States Bankruptcy Judge.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robinanne Altieri dba Antiques & Collectibles<br>　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust<br>　　　　　　　Movant<br>　vs.<br>Robinanne Altieri dba Antiques & Collectibles<br>　　　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 19-12872 MDC<br><br>11 U.S.C. Sections 105, 362, 1307 |

## **CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Amended Proposed Order of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has been served on August 6, 2019, by first class mail, and/or electronic means upon those listed below:

Debtor
Robinanne Altieri
dba Antiques & Collectibles, pro se
12 Holbrook Road
Havertown, PA 19083

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: August 6, 2019           **/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　Attorneys for Movant/Applicant